# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
**Aug 29, 2024**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America )
v. )
Anthony Dalton WOLFF )
)   Case No.   1:24-mj-00099-BAM
)
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 2023 - July 2024   in the county of   Fresno   in the
Eastern   District of   California & elsewhere  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2251(a) and (e) | Sexual Exploitation of a Minor and Attempt |
| Title 18, United States Code, Section 2252(a)(2) | Distribution of a visual depiction of a minor engaged in sexually explicit conduct that has been transmitted through interstate or foreign commerce |

This criminal complaint is based on these facts:

See attached affidavit of HSI SA Monique Jacques, attached and incorporated here by this reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Monique Jacques, Special Agent
*Printed name and title*

Sworn to me in accordance with Fed.R.Crim.P. 4.1 by email and telephone.

Date: 08/29/2024

*Judge's signature*

City and state:   Fresno, California   Hon. Barbara A. McAuliffe - U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AGAINST**

**ANTHONY DALTON WOLFF**

I, Monique Jacques, being first duly sworn, affirm the following:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent (SA) with the Department of Homeland Security, Homeland Security Investigations (HSI), and I have been so employed since April 2019.  I am currently assigned to the Office of the Assistant Special Agent in Charge, Fresno, California.  Prior to my current field office, I was stationed at the Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Sub Office in Fresno, California beginning in June 2008, and I was an HSI Task Force Officer (TFO) from April 2017 until April 2019.  Prior to that I was stationed at the Customs and Border Protection (CBP) seaport in Long Beach, California from January 2008 to June 2008.  I have attended the Federal Law Enforcement Training Center and completed the following programs: the Customs and Border Protection program; ICE ERO Training courses; the Criminal Investigator Training Program (CITP); and the HSI Special Agent Training program.

2.      As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.  As part of my daily duties as an HSI SA, I investigate criminal violations by persons relating to the unlawful production, possession, receipt, and distribution of child sexual abuse material (CSAM), as well as other child exploitation crimes.  I have received training in the area of sexual exploitation of minors and child pornography statutes.  During the course of my duties, I have participated in multiple cases involving the unlawful production, possession, receipt, and distribution of child pornography.  I am currently a member of the Central Valley Internet Crimes Against Children (ICAC) task force, and I have participated in the service of dozens of state and federal search warrants relating to the internet, including the production, receipt, distribution, and possession of child pornography.

3.      This affidavit is intended to show that there is sufficient probable cause for a criminal complaint against Anthony Dalton WOLFF for violating the following federal statutes: 18 U.S.C. § 2251(a) and (e) (Sexual Exploitation of a Minor and Attempt); 18 U.S.C. § 2252(a)(2) (knowing receipt or distribution, through interstate commerce, of any visual depiction of a minor engaging in sexually

explicit conduct, if the visual depiction has been mailed, shipped, or transported in interstate or foreign commerce).  The information contained in this affidavit is based upon my personal observations, my training and experience, and where noted, information related to me by other law enforcement officers and/or agents.

## PROBABLE CAUSE

4.     In January 2023, while working for Homeland Security Investigations, I was conducting an undercover online investigation into a dark web website[1] (referred to below as Website A) dedicated to the sexual abuse and exploitation of children.  Website A is a Tor hidden service website on which members can discuss their interests and desires to sexually abuse children. The true name of Website A is known to law enforcement but not listed here to protect the integrity of ongoing domestic and international investigations into the users of the site. The suspect[2] was observed on Website A as early as January 24, 2023. The suspect is a member on Website A which means that the member is able to communicate with other members and post discussions where other members can comment and reply.

5.     While on Website A, in my undercover capacity I presented myself as a mother with a daughter who is seven years old.  I used an undercover account which included a mother reference.  The undercover (UC) account name is not being revealed in this document due to its use in other on-going undercover investigations.

6.     I responded to a direct message received from the suspect on January 24, 2023, and engaged in chat conversation.  Below are some statements the suspect made in written messages that he sent directly to me in my undercover capacity:

---

[1] The dark web is comprised of a variety of networks, such as Tor (short for The Onion Router), that exist on a portion of the internet accessible only through specific software, such as the Tor browser (a legal and publicly-available, free application). One of the key features of dark web networks like Tor is the anonymity it offers both users of the network and individuals or entities that host sites on the network, which are also referred to as hidden services.  Website A is a Tor hidden service dedicated to the sexual exploitation of children. The Tor browser routes internet traffic through a series of at least three locations (or nodes) to help make it difficult, if not impossible, for anyone to trace the route of any particular packet of information (and, thus, connect content to a particular user).

[2] The suspect (subsequently identified as Anthony Wolff, as explained in paragraph 14) also admitted to using a particular username on Website A and other child exploitation sites on the dark web.  That name is known to law enforcement but not listed here to protect the integrity of any ongoing investigation into other users of Website A who may be familiar with this particular user.

2

> "Hope you get a lot out of this site and feel that it's ok to love children. I always was in love with little girls since I was a minor."
>
> "I so wish I can be with a little girl and teach her all the fun pleasures in life." "Wish I can be with a little girl again."
>
> "For me it would be having a close friend or eventually find pedo girlfriend/wife."
>
> "I'm 41 years old, wish I could find you sooner." "Have you ever played with your daughter sexually?"
>
> "I sure hope we connect and we are attracted to each other. I love to have a pedo wife where was have wonderful play time in bed with our kids. It would be a dream for sure."
>
> "I would totally break off my relationship to be with a pedo girl and marry her too. I can't totally be myself and worry about watching CP or messing around with your daughter. How old is she?"

7. During the conversations the suspect discussed his admiration for little girls and stated that he was from Arizona. Communication continued on Website A throughout January until February 2023. On February 14, 2023, the suspect discussed using Telegram[3] and wanted to chat there. The suspect gave me his Telegram account username @ttony1212 with a display name of Anthony Wolff and I direct messaged him "hey there" on the same date.

8. In response, @ttony1212 messaged me stating "Hey there! Is this [HSI undercover account]? How are you doing? This is [username from Website A] to confirm it was the same suspect from Website A. During the communications, @ttony1212 began discussing his desire to sexually abuse and exploit my purported seven-year-old daughter. Below are some statements the suspect made in written messages:

> "It would be so hot to eat her out while you are on top fucking me. I have so many dreams about wanting to make love to you and your daughter. I so want to be at your place so I can start mentoring your daughter and having her being comfortable with me and getting her pussy stretched out so I can start penetrating her."
>
> "Hope that is some hot details. Now let's make this a reality."

---

[3] Telegram is a free end-to-end encrypted communication application that can be installed on mobile devices and computers. Telegram users can use the application to hold voice and video calls with each other or to exchange text messages, which may include picture, audio, or video attachments.

"I'm really really want to start grooming your daughter before she gets too old.  I so want to start fucking her when she is 7 OMG I can only imagine how that will feel her inside with my dick in her."

"Does your daughter get along with people fairly easily? I am wondering how long I have to wait before making a move on her?"

"I so want to play with you and your little girl.  I want to eat her out so so bad!"

"just a warning with your daughter.  Probably going to be a minute man after me rubbing my sick [sic] on her pussy or penetrating her"

9. On February 27, 2023, @ttony1212 changed his display name from Anthony Wolff to the display name, A.A.  He asked if I saw his original display name and I asked, "A.A.?  He then stated, "Yeah, so it actually had my name on there lol (palm of hand to face emoji).  He also stated, "Shoot at this point I have nothing to hide lol."  Telegram does not allow users to change their account name (here @ttony1212), but it does allow users to change their display name that is shown during the messages.

10. On March 16, 2023, @ttony1212 sent me a video that was 26 seconds in length.  The video showed his face, and he stated to the camera "I'm being a little naughty, shhhh."  He then panned the camera over to the computers on his desk, with one computer displaying a CSAM video.  As he continued to play the video, he panned the camera back over to himself and smiled with a wink.  The video depicted a small female who appeared to me to be a minor lying face down on a nude adult man's leg and pelvis area.  The girl was holding the adult man's penis with both of her hands while he was placing his penis in her mouth.  During the video her head was moving up and down with his penis remaining in her mouth.

11. Throughout the chats the @ttony1212 sent multiple videos that did not conceal his face.  During these videos he discussed his desire to sexually abuse and exploit my purported seven-year-old daughter.  The suspect also sent multiple CSAM videos and photos to me.  And through written messages and audio-recorded voice memos, he stated in graphic detail that he wanted to do the same things depicted in the CSAM with my purported seven-year-old daughter.

12. On March 20, 2023, @ttony1212 continued to send videos to me that appeared to have been recorded from a device that he held while facing his computer.  He messaged, "I'm being naughty again" and sent me two videos.  One video that @ttony1212 sent to me, as it showed on his computer

4

screen, was 41 second long.  It was titled "VHC Fuck My Daughter.mp4."  It depicted a girl who appeared to me to be no older than 15 years of age.  She was fully nude and lying on her back with her legs spread open and arms lying on a pillow near her head.  An adult man was fully nude on top of her penetrating the girl's vagina with his penis during the entirety of the video.

13. On March 24, 2023, Telegram user @ttony1212 attempted to place a voice call to me.  I answered the phone call and made it appear the phone was not connecting.  @ttony1212 messaged me his telephone number 602-625-4972 and asked that I call him.  The same afternoon @ttony1212 explained there was a police raid across the street from his residence and feared the raid was intended for him due to the criminal activity he was engaged in.  I could see that @ttony1212 attempted to delete all messages between us, so I made all reasonable efforts to collect and preserve all messages, videos, and photos as evidence for this investigation.  Telegram user @ttony1212 ceased all communication at that time.

14. In an effort to identify the suspect, I searched the name Anthony Wolff (since that was the display name that initially appeared on the Telegram account with which I was communicating) and the location of Phoenix, Arizona (AZ) in multiple law enforcement databases containing biographical data and driver license photos.  The search returned a potential match for @ttony1212 as Anthony Dalton WOLFF (hereafter WOLFF), with a date of birth of XX/XX/1981 (full DOB known to me), living in Phoenix, AZ.  I identified the suspect as WOLFF based upon visual comparison of the driver's license photograph to the person in the photographs and videos that had been sent to me (see below, with driver's license photograph on left).  I subsequently compared videos that user @ttony1212 sent to me in my undercover capacity with a United States Passport photo of WOLFF.  I also searched

 

telephone number 602-625-4972 in law enforcement databases and located a match for a telephone number belonging to Anthony WOLFF.

15. On October 13, 2023, WOLFF direct messaged me on Website A and we engaged in communication once again. WOLFF stated he was worried about the police presence earlier in the year but still wanted to meet my daughter and would love to chat again.

16. WOLFF did not communicate with me for several months, but I kept my investigation open. On June 21, 2024, WOLFF asked to chat on Telegram again and gave the Telegram user @littlelover1. On July 1, 2024, we began daily communication through Telegram. He reiterated his desire to sexually abuse my purported, now eight-year-old daughter. WOLFF has also made multiple Telegram voice calls during which WOLFF discussed his desire to sexually abuse my purported eight-year-old daughter.

17. On July 3, 2024, WOLFF sent a picture of the inside of his truck dash, with a Dodge RAM logo, showing it was 109 degrees where he was.

18. On July 3, 2024, WOLFF sent multiple dark web links to child exploitation chat rooms and forums. WOLFF then sent a video of himself talking to the camera with the camera facing his computer. WOLFF stated "I got like a ton of them. It's like the last couple months that I was downloading and busy, hahahaha, I got like a whole bunch of videos. Some pretty good stuff. She's pretty cute. Yep. (clears throat) So let's see. Oh I love this video. This one is really awesome. Here's another video I like." During the video that WOLFF sent to me, he was recording his computer screen and scrolling through his computer files. I observed on his computer screen what appeared to be several dozen thumbnail previews of CSAM files.

19. WOLFF continued to discuss my purported eight-year-old daughter and stated, "I was watching daddy bingng his little girl and getting it inside her little pussy, Banging, That made me think of your daughter". "I can't wait to rub my hands all over your daughter, chess and play with her little pussy and see what it taste like". WOLFF continued to ask about my purported eight-year-old daughter and stated, "It would be awesome if I could see your daughter naked. I would probably masturbate every day thinking about her". "I totally wish we met five years ago. So I could bring your daughter up right".

20. Throughout communications, and in response to multiple requests from WOLFF to see photos of me and my purported eight-year-old daughter, I sent a photo of an office computer monitor with a selfie-style photo taped on the corner of the monitor. The selfie photo, using two female law enforcement officers, showed what appeared to be an adult female sitting with her 8-year-old daughter outside of a building. The photo was taken at an angel to make the "girl" appear to have a flat chest and both officers' faces were approximately half obscured.

21. On July 10, 2024, WOLFF continued to send CSAM videos to me that show him as he is recording from a device that he is holding while facing his computer. One video WOLFF sent me that day was 25 seconds in length and depicted a girl who appeared to me to be 7-9 years old, fully nude, lying on her back holding her legs spread open with her vagina exposed. A male is seen penetrating her vagina with his erect penis during the entirety of the video. The video is tightly cropped with the girl's face and body exposed and it appears the male is holding the device that is recording the video in his hand above his waist not showing his face. WOLFF narrated this video by speaking during the entirety of the video. His comments included: "Can't wait to do that to your daughter. That is super-hot. Hopefully she looks like that. I love the flat chests and the little nipples and the little pussy. I would go down on her in a second and see what she tastes like." WOLFF also stated on July 10, 2024, that he would like to sexually abuse my (fictional) daughter and record the abuse. He then began deleting our entire set of Telegram communications.

22. On July 11, 2024, WOLFF sent a message in which he stated, "Hey I accidentally deleted our message. Sorry about that. How is your day going so far?" He continued to send me CSAM videos and discussed sending me even more. He also discussed giving me a copy of all the CSAM videos in his collection. He also made a statement "Heck, yea who makes some real homemade ones too, We make*". He stated, "My favorite fantasy is for you to get on top and ride me while your daughter is on my face so I can eat her out." I asked WOLFF, "you would know how to save so no one can see them yea? And promise not to share? Only for you". He then stated "Yeah for sure. 110% for my eyes only".

23. On July 12, 2024, WOLFF messaged, "Ok, it would be awesome if I could see your daughter naked. I would probably masturbate every day thinking about her (purple devil horn emoji, drool emoji, eye heart emoji). He also messaged "It would be so hot if you were able to send both of

1  your used panties in the mail." He continued to message and stated, "On the first day we meet can you
2  dress your daughter up in sexy lingerie? Would you think she would fit anything? It would be hot if she
3  was wearing something sexy, but not too, revealing until we go into our hotel she takes it all off and
4  shows her sexy lingerie to me." WOLFF then sent photos of women in lingerie and Amazon links to
5  lingerie he wanted to buy for my fictional eight-year-old daughter.

6  24.  WOLFF discussed multiple times the idea of traveling to California to meet me and my
7  purported daughter in attempt to have an open and sexual relationship with my daughter. In my
8  undercover capacity I agreed to have a relationship with WOLFF and to provide him access to my
9  daughter. WOLFF continued communication with me in my undercover capacity on a daily basis on
10  dates between approximately July 21, 2024, through July 30, 2024. WOLFF asked me where I lived, so
11  that he could make travel plans. I told WOLFF that I lived somewhere in the central California area.

12  25.  On July 23, 2024, WOLFF stated he still wanted to purchase revealing lingerie for my
13  eight-year-old daughter which he would mail to her before meeting. WOLFF discussed us meeting
14  midway between Arizona and California in Apple Valley, CA. He also stated he would reserve a hotel
15  room in Victorville, California so my daughter and I could stay with him for multiple days while he
16  engaged in sex acts with her. WOLFF discussed that it would be the only way to not raise suspicion
17  with his girlfriend.

18  26.  On July 24, 2024, WOLFF and I had an approximate 59-minute phone call. During the
19  phone call, WOLFF described how he saved his CSAM collection on his laptop using Tails through
20  TOR on the dark web saving all the files on a thumb drive with Tails software. Tails is short for "The
21  Amnesic Icognito Live System," and is Linux-based software that interfaces with TOR and is designed
22  to preserve privacy and anonymity. He also stated he was on the dark web talking to another male
23  trading videos and almost got caught by his girlfriend. He stated how Tails helped him hide the saved
24  CSAM videos so that his girlfriend did not find it. Using Tails, WOLFF described how he can leave a
25  USB (thumb) drive on the desk and his girlfriend was not able to see or open the files on the USB drive
26  without knowing the password. He did mention that law enforcement might still be able to get into the
27  folders.
28

27. On July 30, 2024, WOLFF continued to send CSAM that was recorded from a device that he was holding while facing his computer. One video that he sent was titled Vicky-Suckcum.mpg and was 60 seconds. The video is from a widely known series of CSAM. This video showed "Vicky," a prepubescent girl, who appeared to me in this video to be no older than 10, lying fully nude next to an adult man. The video is zoomed into the man's penis with him holding his penis in the girl's mouth. He then ejaculates in her mouth and smears the semen in her mouth and on her face with his penis. WOLFF messaged me after sending the videos, and stated, "She is so beautiful I just dream of her every day" and "The best part is when he cum in her little mouth" and "She's actually famous, she's been in the public news. Her dad was a cop and got busted. She put her dad in jail for 30 years." And "I'm guessing she around seven maybe younger" and "I think seven would be a perfect age to start."

28. WOLFF continued to discuss with me how he would like to get me or my purported eight-year-old daughter pregnant, hopefully with a girl, so he could sexually abuse the baby. WOLFF discussed how, on the first day he met my daughter, he hoped to introduce her to sex. He discussed in detail the sexual abuse in which he hoped to engage and which sexual activities he wanted the eight-year-old to perform on him.

29. From February 18, 2023, through July 30, 2024, WOLFF sent approximately 72 videos and photos that each depicted at least one minor engaging in sexually explicit conduct. He sent this material while engaging in chats on Telegram.

30. WOLFF continued communication with me in my undercover capacity on a daily basis on dates between approximately July 21, 2024, through July 30, 2024. In the beginning of our communications, on the dark web, WOLFF had indicated to me that he had a "little boy", who he denied sexually abusing because he was "still too young" and WOLFF was not attracted to boys. During at least one subsequent communication where WOLFF was talking about meeting me and my daughter, WOLFF asked if he wanted me to bring his son, who he referred to as being in kindergarten. Toward the end of our communications, he referred to having observed some cute girls walking to school.

31. On July 30, 2024, WOLFF continued to ask for nude videos of my purported eight-year-old daughter. Throughout our conversations, WOLFF would ask for pictures of my daughter at the beach, nude, in lingerie, or "naughty pics." I always said no and on July 30, 2024, I acted unhappy with

9

the conversation, and we should not waste each other's time if we were not going to really meet and he was only going to ask for pictures. WOLFF apologized and stated, "but I really do want to meet you," and "she's getting older and it really sucks time is flying so fast." He also stated, "I wish I can get in my car right now and just go. I was going to order your daughters lingerie today." When I did not reply right away, WOLFF began deleting the CSAM videos and audio recordings. He then deleted the chat, and his username was no longer visible to my account. I made all efforts to collect all chat communication and evidence before WOLFF could delete it.

32. On August 23, 2024, a HSI special agent conducted surveillance at 18543 W. Douglas Way, Surprise, AZ 85374. A 2022 grey Jeep Grand Cherokee bearing the Arizona license plate# 2VA3LN was observed parked at the residence. The vehicle is currently registered to Anthony Wolff at 18543 W. Douglas Way, Surprise, AZ 85374. At approximately 08:28 AM a small male child was observed departing 18543 W. Douglas Way, Surprise, AZ 85374 along with an adult male matching WOLFF's description. The adult male was observed walking away from the residence with the child to a nearby park. The agent confirmed the adult male matched Anthony WOLFF's description from an Arizona driver's license photo. The agent also confirmed the small male child matched the description of the boy from photos that WOLFF had sent to me. A school bus was observed arriving to the park at approximately 08:35 AM and picked up the child. WOLFF was then observed walking back towards his residence.

33. On August 26, 2024, United States Magistrate Judge Eileen S. Willet, in the District of Arizona, issued federal search warrants for the person of Anthony WOLFF, the residence of WOLFF 18543 W. Douglas Way, Surprise, Arizona 85374 and a 2022 Grey Jeep Grand Cherokee with Arizona license Plate 2VA3LN registered to Anthony WOLFF.

34. On August 28, 2024, Agents from HSI setup surveillance at WOLFF's residence and observed WOLFF and his young son depart the residence at approximately 08:28AM. Agents observed WOLFF walk to the park nearby and a yellow school bus picked up the young boy. Agents then approached WOLFF, identified themselves as Homeland Security Investigation Agents and secured WOLFF's iPhone with a red case. WOLFF was detained without incident and notified of the search warrants for his person, Jeep and residence.

35. WOLFF was transported to an interview room and advised of his Miranda rights by Special Agent (SA) Joseph Torino. WOLFF stated he understood the rights and that he was willing to speak without a lawyer present. During questioning SA Torino asked WOLFF about devices in his residence. WOLFF stated he had access to all devices inside the residence. He stated he works from his office and his work laptops and computers are in his home office. SA Torino stated "What if I told you that I have a video of you with your face in it." WOLFF stated "Okay." SA TORINO continued "with child pornography in that same video." WOLFF stated "in that same video?" SA TORINO continued "that you are viewing." WOLFF stated "Oh yea?" TORINO asks "How would you explain that?" WOLFF stated "I don't know." WOLFF then giggled nervously. When questioned more about the video of himself watching child pornography, WOLFF stated "I don't know what video you have so, I, I don't know, I'm just saying, guess being foolish, being stupid." WOLFF was giggling nervously while making this statement.

36. SA Torino asked WOLFF if he had viewed child pornography and WOLFF stated "I have seen it in the past. I have seen videos. I know what it looks like and it's disgusting." SA Torino asked where he viewed the videos, and WOLFF stated he saw it on web searches and on "PornHub" on his phone and computers. WOLFF requested a lawyer, and the interview was terminated. HSI agents arrested WOLFF and transported him for an appearance in federal court.

37. During the search of the residence, I observed the home office belonging to WOLFF and it matched the one in the video sent to me by WOLFF. The video that WOLFF sent me while he was watching CSAM on his computer displayed a grey office desk with multiple computers. The silver computer in the video that was displaying CSAM matches a silver Samsung computer that was located on the office desk during the search warrant. The bed and windows that WOLFF recorded in his video that he sent me also matches the bed and windows observed during the search warrant. Multiple electronic devices were seized and will be forensically reviewed by computer forensic agents.

## CONCLUSION

38. On the basis of my ongoing investigation, parts of which are summarized in this affidavit, I believe there is probable cause to conclude that Anthony Dalton WOLFF has committed violations of 18 U.S.C. § 2251(a) and (e) (Sexual Exploitation of a Minor and Attempt) and 18 U.S.C. § 2252(a)(2)

11

(knowing receipt or distribution of any visual depiction of a minor engaging in sexually explicit conduct, if the visual depiction has been mailed, shipped, or transported in interstate or foreign commerce, or if it contains materials that have been so mailed, shipped, or transported, by any means, including by computer).

39. Because this affidavit is written solely for the purpose of establishing probable cause for issuance of a criminal complaint, not every fact related to this investigation has been included. I declare under penalty of perjury under the laws of the United States that the information in this affidavit is true and correct.

Respectfully submitted,

_____
Monique Jacques
Special Agent, Homeland Security Investigations

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3), on August 29, 2024.

_____
Honorable Barbara A. McAuliffe
United States Magistrate Judge

Reviewed and approved as to form:

/s/ David Gappa
David Gappa
Assistant U.S. Attorney

12